NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROSE M. DEWS-MILLER,**
*Plaintiff-Appellant,*

v.

**HILLARY CLINTON,
SECRETARY OF STATE,**
*Defendant-Appellee.*

---

2010-1387

---

Appeal from the United States District Court for the District of Columbia in case no. 06-CV-1764, Judge Gladys Kessler.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Rose M. Dews-Miller's recently filed notice of appeal, we consider whether we should transfer Dews-Miller's appeal to the United States Court of Appeals for the District of Columbia Circuit.

Dews-Miller appeals a decision issued by the United States District Court for the District of Columbia granting the Secretary of State's motion to dismiss or, in the alter-

native, for summary judgment. The district court's dismissal order indicates that Dews-Miller sought relief pursuant to Title VII of the Civil Rights Act of 1964, the Civil Service Reform Act, the Whistleblower Protection Act of 1989, and the First and Fourth Amendments of the United States Constitution.

This court's jurisdiction over appeals of district court decisions is limited primarily to cases involving patents and suits against the United States not exceeding $10,000. *See* 28 U.S.C. § 1295 (a)(1), (2). Thus, it appears that this court lacks jurisdiction over Dews-Miller's appeal.

Accordingly,

IT IS ORDERED THAT:

(1) Absent a response received by this court within 14 days of the date of filing of this order, this case will be transferred to the United States Court of Appeals for the District of Columbia Circuit pursuant to 28 U.S.C. § 1631.

(2) The briefing schedule is stayed.

FOR THE COURT

JUL 2 7 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Charles G. Byrd, Jr., Esq.
    Sameer P. Yerawadekar, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 7 2010

JAN HORBALY
CLERK